UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
_____

**JOSHUA JAMES KARASTI,**
                  **Petitioner,**

v.                                                          Case No. 14-cv-0440

**PAUL S. KEMPER, Warden,**
Racine Correctional Institution,
                  **Respondent.**
_____

## ORDER

On July 2, 2015, I denied petitioner Joshua Karasti's petition for a writ of habeas corpus and did not issue a certificate of appealability. Petitioner now requests that I reconsider my decision to not issue a certificate of appealability. Nothing in petitioner's request persuades me to reconsider my initial conclusion that petitioner has not made the showing required by 28 U.S.C. § 2253(c)(2).

**THEREFORE, IT IS ORDERED** that petitioner's request for certificate of appealiability (ECF No. 23) is **DENIED**.

Dated at Milwaukee, Wisconsin, this 22nd day of July, 2015.

                                                               s/ Lynn Adelman
                                                               _____
                                                               LYNN ADELMAN
                                                               District Judge